1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  GARY A. FISK

7
                    UNITED STATES DISTRICT COURT
8
                        DISTRICT OF NEVADA
9

10
   GARY A. FISK,                    )  Case No.: 2:16-cv-00291-JAD-GWF
11                                   )
            Plaintiff,               )  UNOPPOSED MOTION TO EXTEND
12                                   )  TIME TO FILE MOTION FOR
        vs.                          )  REMAND AND/OR REVERSAL
13                                   )
   CAROLYN W. COLVIN, Acting         )
14                                   )
   Commissioner of Social Security,  )
15                                   )
            Defendant                )
16  _____ )

17
        Plaintiff Gary A. Fisk ("Plaintiff") and defendant Carolyn Colvin, Acting
18
   Commissioner of Social Security ("Defendant"), through their undersigned counsel
19
   of record, hereby stipulate, subject to the approval of the Court, to extend the time
20
   for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to August 19,
21
   2016; and that Defendant shall have 30 days or until September 19, 2016, to file
22
   her opposition, if any is forthcoming.  Any reply by plaintiff will be due October
23
   10, 2016.
24
        An extension of time for plaintiff is needed due to a serious illness.  The
25
   spouse of the associate in Counsel's firm who this matter is assigned is dealing with
26

                                      -1-

1  his Spouse's terminal illness which has unexpectedly worsened in the last few

2  weeks.  Subsequent to a surgical procedure on July 6, 2016 to remove tumors in

3  the spine/hip as a result of stage 4 breast cancer, Counsel's spouse was not

4  discharged until July 9, 2016 and then Counsel's spouse was re-admitted to the

5  hospital for 5 days on July 15, 2016 due to complications arising from the July 6th

6  surgery.  Counsel's spouse was also recently admitted on August 1, 2016 and then

7  discharged on August 5, 2016, to provide treatment for intractable pain related to

8  the terminal illness.  Counsel sincerely apologizes to the court for any

9  inconvenience this may have had upon it or its staff.

10        Counsel for defendant has indicated, via e-mail, that this motion to extend

11  the time to file is not opposed.

12  DATE: August 15, 2016,          Respectfully submitted,

13                                  ROHLFING & KALAGIAN, LLP

14                                      /s/ *Marc V. Kalagian*

15                          BY: _____
                                Marc V. Kalagian

16                                Attorney for plaintiff GARY A. FISK

17

18
     DATED:  August 15, 2016      Daniel G. Bogden
19                                United States Attorney

20
                                  */S/   April A. Alongi
21

22                                _____
                                  April A. Alongi
23                                Special Assistant United States Attorney
                                  Attorney for Defendant
24                                [*Via email authorization]

25

26

                                  -2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED:_____
August 16, 2016

-3-