# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Gary A. Fisk,

    Plaintiff

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

    Defendant

Case No.: 2:16-cv-00291-JAD-GWF

**Order Adopting Report and Recommendation, Granting and Denying Motions, and Dismissing Case**

**[ECF Nos. 17, 18, 19]**

    Gary Fisk moves to reverse and remand the Commissioner of Social Security's decision denying his application for disability insurance benefits under Title II of the Social Security Act.[1] The Commissioner filed a cross-motion to affirm.[2] Magistrate Judge George Foley recommends that Fisk's motion be denied and the Commissioner's cross-motion be granted.[3]

    The report and recommendation was entered March 22, 2017, making April 5, 2017, the deadline to file an objection. Fisk has not filed any objection to the report and recommendation. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4]

    Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Judge Foley's report and recommendation **[ECF No. 19] is ACCEPTED and ADOPTED**; Fisk's motion for reversal and remand **[ECF No. 17] is DENIED**; the Commissioner's cross-motion to affirm **[ECF No. 18] is GRANTED**; and Fisk's claims are **DISMISSED**. The Clerk of Court is

---

[1] ECF No. 17.

[2] ECF No. 18.

[3] ECF No. 19.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

directed to enter judgment accordingly and **CLOSE THIS CASE**.

DATED May 16, 2017.

_____
Jennifer A. Dorsey
United States District Judge